No. 71–5791. CLEAVES *v.* PENNSYLVANIA ET AL.; and

No. 71–5792. KNIGHT *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 71–1016. FEDERAL POWER COMMISSION *v.* LOUISIANA POWER & LIGHT CO. ET AL.; and

No. 71–1040. UNITED GAS PIPE LINE CO. ET AL. *v.* LOUISIANA POWER & LIGHT CO. ET AL. C. A. 5th Cir. Petitions for certiorari to review judgment of United States Court of Appeals for the Fifth Circuit in *Federal Power Commission* v. *Louisiana Power & Light Co.* (CA No. 71–2550) granted and cases consolidated. Petitions for certiorari before judgment to review opinion and order of Federal Power Commission (FPC Opinion No. 606, *United Gas Pipe Line Co.*) denied. Motion to expedite granted so that the consolidated cases may be briefed and argued during present Term of Court. Motions of Humble Oil & Refining Co. and State of Louisiana et al. for leave to file briefs as *amici curiae* granted. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions and motions. Reported below: 456 F. 2d 326.

No. 71–839. ERLENBAUGH ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted limited to Question 1, presented by the petition, which reads as follows:

"1. Whether the Court of Appeals erred in not following the opinion of the Court of Appeals for the Fourth Circuit in a 1967 case entitled U. S. vs Arnold, 380 Federal 2nd, 366, thus creating a conflict between the circuits."

MR. JUSTICE WHITE took no part in the consideration or decision of this petition.